UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ALLEN DOE BOYD,

    Plaintiffs,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendants.

Case No. 3:16-cv-477

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 11)

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. #11), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. #11) is **ADOPTED** in full; and

2. The Commissioner's motion to dismiss (Doc. #8) is **DENIED**;

**IT IS SO ORDERED.**

Date: 4.27.17

Walter H. Rice
United States District Judge